UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

JS 6

| Case No. | EDCV 12-1856 DSF (DTBx) | Date | 1/18/13 |
|----------|-------------------------|------|---------|
| Title | Linda A. Terbeek v. Panda Restaurant Group, Inc., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge | |
|------------------------|------------------------------------------------|---|
| Debra Plato | | Not Present |
| Deputy Clerk | | Court Reporter |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:**        (In Chambers) Order REMANDING Case to State Court


This case was removed based on federal question jurisdiction.  The "first amended complaint" filed January 10, 2013, no longer states any federal claim.  Given that all claims over which the Court had original jurisdiction are no longer in the case, the Court exercises its discretion to remand this matter.  28 U.S.C. § 1367(c)(3).

The case is REMANDED to the Superior Court of California, County of Riverside.


IT IS SO ORDERED.